

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC HUBERT, | § | No. 08-20-00129-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| JENNIFER CARMONY, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCM6483) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Eric Hubert, pro se, has filed a voluntary withdrawal of this appeal. We construe his filing as a motion for voluntary dismissal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

August 10, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

1